THE STATE EX REL. HART, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Hart v. Indus. Comm.* (1994), 68 Ohio St.3d 506.]

(No. 92–2469—Submitted January 11, 1994—Decided March 23, 1994.)

*Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A.,* and *J. Kent Breslin,* for appellant.

*Lee I. Fisher,* Attorney General, *Cordelia A. Glenn* and *William J. McDonald,* Assistant Attorneys General, for appellee.

---

*Per Curiam.* Pursuant to our decision in *State ex rel. Brown v. Indus. Comm.* (1993), 68 Ohio St.3d 45, 623 N.E.2d 55, the judgment of the court of appeals is reversed.

*Judgment reversed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents.

WRIGHT, J., dissenting. I dissent for reasons expressed in my dissent in *State ex rel. Brown v. Indus. Comm.* (1993), 68 Ohio St.3d 45, 50, 623 N.E.2d 55, 59.